# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS PROPERTY | ) | |
| INSURANCE UNDERWRITING | ) | |
| ASSOCIATION, as subrogee of KUMO | ) | |
| REALTY TRUST, BORIS KURITNIK, | ) | |
| TRUSTEE, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 1:20-cv-10383-WGY |
| | ) | |
| ELECTROLUX HOME PRODUCTS, INC., | ) | |
| AND SENSATA TECHNOLOGIES, INC., | ) | |
|       Defendants. | | |

**<u>AFFIDAVIT OF DONNA BAXTER, ESQ.</u>**

I, Donna Baxter, Esq., hereby swear and testify as follows:

1.      I am employed by the Massachusetts Property Insurance Underwriting Association as a Subrogation Recovery Claims Examiner.

2.      I have personal knowledge of, or have confirmed through my use of business records and discussions with appropriate employees of the Massachusetts Property Insurance Underwriting Association, the matters stated herein.

3.      The Massachusetts Property Insurance Underwriting Association is an unincorporated association with a principal place of business at 2 Center Plaza, Boston, Massachusetts 02108.

4.      Pursuant to Mass. Gen. Laws ch. 175C, § 4, the Massachusetts Property Insurance Underwriting Association is an unincorporated association of "[a]ll insurers licensed to write and engaged in writing in this commonwealth, on a direct basis, basic property insurance or any component thereof in multi-peril policies . . .."

5.      Members of the Massachusetts Property Insurance Underwriting Association, an unincorporated association, include, but are not limited to, the following insurance companies

incorporated under the law of the Commonwealth of Massachusetts: Proselect Insurance Company (*See Exhibit A*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Proselect Insurance Company); Liberty Mutual Personal Insurance Company (*See Exhibit B* Secretary of the Commonwealth of Massachusetts Business Entity Summary for Liberty Mutual Personal Insurance Company); New England Mutual Insurance Company (*See Exhibit C*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for New England Mutual Insurance Company); Barnstable County Mutual Insurance Company (*See Exhibit D*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Barnstable County Mutual Insurance Company); Cambridge Mutual Fire Insurance Company (*See Exhibit E*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Cambridge Mutual Fire Insurance Company); Dorchester Mutual Insurance Company (*See Exhibit F*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Dorchester Mutual Insurance Company); Fitchburg Mutual Insurance Company (*See Exhibit G*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Fitchburg Mutual Insurance Company); Liberty Mutual Insurance Company (*See Exhibit H*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Liberty Mutual Insurance Company); Merrimack Mutual Fire Insurance Company (*See Exhibit I*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Merrimack Mutual Fire Insurance Company); Norfolk & Dedham Mutual Fire Insurance Company (*See Exhibit J*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Norfolk & Dedham Mutual Fire Insurance Company); Quincy Mutual Fire Insurance Company (*See Exhibit K*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Quincy Mutual Fire Insurance Company); Bay State Insurance Company (*See Exhibit L*, Secretary of the Commonwealth of Massachusetts Business Entity

Summary for Bay State Insurance Company); Massachusetts Bay Insurance Company (*See Exhibit M*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Massachusetts Bay Insurance Company); Electric Insurance Company (*See Exhibit N*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Electric Insurance Company); Safety Insurance Company (*See Exhibit O*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Safety Insurance Company); and Plymouth Rock Assurance Company (*See Exhibit P*, Secretary of the Commonwealth of Massachusetts Business Entity Summary for Plymouth Rock Assurance Company).

     SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF AUGUST, 2021.

Donna Baxter, Esq.
Subrogation Recovery Claims Examiner
Massachusetts Property Insurance
Underwriting Association

# EXHIBIT A

# Corporations Division

## Business Entity Summary

**ID Number: 041012400**

[Request certificate]    [New search]

**Summary for:  PROSELECT INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  PROSELECT INSURANCE COMPANY | |
| **The name was changed from:** ABINGTON MUTUAL INSURANCE COMP **on** 01-01-1996<br>**The name was changed from:** ABINGTON MUTUAL FIRE INSURANCE **on** 03-21-1989 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041012400 | |
| **Date of Organization in Massachusetts:**  05-30-1856 | |

| | |
|---|---|
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 12/31 |

**The location of the Principal Office:**

Address:   ONE FINANCIAL CENTER, 13TH FLOOR

City or town, State, Zip code, Country:     BOSTON,  MA  02111  USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | LINDA L. RUTHARDT | 470 ATLANTIC AVE., BOSTON, MA 02210 USA<br>470 ATLANTIC AVE., BOSTON, MA 02210 USA | |
| TREASURER | LINDA L. RUTHARDT | 470 ATLANTIC AVE., BOSTON, MA 02210 USA<br>470 ATLANTIC AVE., BOSTON, MA 02210 USA | |
| CLERK | LINDA L. RUTHARDT | 470 ATLANTIC AVE., BOSTON, MA 02210 USA<br>470 ATLANTIC AVE., BOSTON, MA 02210 USA | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

[View filings]

**Comments or notes associated with this business entity:**

[New search]

# EXHIBIT B

# Corporations Division

## Business Entity Summary

**ID Number: 000107342**

<div style="text-align:right">

**Request certificate**    **New search**

</div>

**Summary for:  LIBERTY MUTUAL PERSONAL INSURANCE COMPANY**

| |
|---|
| **The exact name of the Insurance:**  LIBERTY MUTUAL PERSONAL INSURANCE COMPANY |
| **The name was changed from:** AMERICAN MUTUAL INSURANCE COMPANY OF BOSTON **on** 01-12-2006<br>**The name was changed from:** ALLIED AMERICAN MUTUAL FIRE INSURANCE COMPANY **on** 12-31-1963<br>**The name was changed from:** ALLIED AMERICAN MUTUAL AUTOMOBILE INSURANCE COMPANY **on** 06-24-1933 |
| **Entity type:**  Insurance |
| **Identification Number:** 000107342 |
| **Date of Organization in Massachusetts:**  11-09-1920 |

| | |
|---|---|
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 02/28 |

**The location of the Principal Office:**

Address:   175 BERKELEY ST.

City or town, State, Zip code, Country:      BOSTON,  MA  02116  USA

**The name and address of the Resident Agent:**

Name:     CORPORATION SERVICE COMPANY

Address:   84 STATE ST., 5TH FLOOR

City or town, State, Zip code, Country:      BOSTON,  MA  02109  USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | TIMOTHY M. SWEENEY | 175 BERKELEY ST. BOSTON, MA 02116 USA | |
| TREASURER | LAURANCE H. S. YAHIA | 175 BERKELEY ST. BOSTON, MA 02116 USA | |
| SECRETARY | DEXTER R. LEGG | 175 BERKELEY ST. BOSTON, MA 02116 USA | |
| DIRECTOR | TIMOTHY M. SWEENEY | 175 BERKELEY ST. BOSTON, MA 02116 USA | |
| DIRECTOR | ELIZABETH J. MORAHAN | 175 BERKELEY ST. BOSTON, MA 02116 USA | |

| DIRECTOR | STEPHEN J. MCANENA | 175 BERKELEY ST. BOSTON, MA 02116 USA | |
| DIRECTOR | SEE DOCUMENT FOR ADDITIONAL NAMES | 175 BERKELEY ST. BOSTON, MA 02116 USA | |

| ☐ **Consent** | ☐ **Confidential Data** | ☐ **Merger Allowed** | ☐ **Manufacturing** |
|---|---|---|---|

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **<u>EXHIBIT C</u>**

# Corporations Division

## Business Entity Summary

**ID Number: 910000024**

[Request certificate] [New search]

**Summary for:  NEW ENGLAND MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  NEW ENGLAND MUTUAL INSURANCE COMPANY | |
| **The name was changed from:** AMERICAN MUTUAL LIABILITY INSURANCE COMPANY **on** 10-01-2006 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 910000024 | |
| **Date of Organization in Massachusetts:**  03-30-1887 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   57 WASHINGTON STREET

City or town, State, Zip code, Country:      QUINCY,   MA   02169   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | UNKNOWN | N ONE,<br>N ONE, | |
| TREASURER | UNKNOWN | N ONE,<br>N ONE, | |
| CLERK | UNKNOWN | N ONE,<br>N ONE, | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

> ALL FILINGS
> Annual Report
> Application For Revival
> Articles of Amendment
> Articles of Consolidation - Foreign and Domestic
> Articles of Consolidation - Domestic and Domestic

[ **View filings** ]

**Comments or notes associated with this business entity:**

[ New search ]

# **EXHIBIT D**

# Corporations Division

## Business Entity Summary

**ID Number: 041063730**

Request certificate    New search

**Summary for:  BARNSTABLE COUNTY MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  BARNSTABLE COUNTY MUTUAL INSURANCE COMPANY | |
| **The name was changed from:** BARNSTABLE COUNTY MUTUAL FIRE **on** 04-05-1994 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041063730 | **Old ID Number:** 001007000 |
| **Date of Organization in Massachusetts:**  03-02-1833 | |
| | **Last date certain:** 03-26-2002 |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 12/31 |

**The location of the Principal Office:**

Address:   915 ROUTE 6A

City or town, State, Zip code, Country:      YARMOUTH PORT,   MA   02675   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | JOHN L DEMELLO | 12 CLEVELAND ST. S. DARTMOUTH, MA 02748 USA | 02-12-2019 |
| TREASURER | HOWARD W PERKINS | 6 FRANK ST MIDDLEBORO, MA 02346 USA | 02-12-2019 |
| SECRETARY | DEBORAH A SUTTON | 16 MAPLE RD. ORLEANS, MA 02653 USA | 02-12-2019 |
| CEO | JOHN L DEMELLO | 12 CLEVELAND ST. S. DARTMOUTH, MA 02748 USA | 02-12-2019 |
| CFO | CHRISTINE M MURPHY | 17 DAUPHINE ST. YARMOUTH PORT, MA 02675 USA | 02-12-2019 |

| VICE PRESIDENT | CHRISTINE M MURPHY | 17 DAUPHINE ST. YARMOUTH PORT, MA 02675 USA | 02-12-2019 |
|---|---|---|---|
| DIRECTOR | DAVID G BROWN | 120 GREEN DUNES DRIVE WEST HYANNISPORT, MA 02632 USA | 02-11-2020 |
| DIRECTOR | JOHN L DEMELLO | 12 CLEVELAND ST. S. DARTMOUTH, MA 02748 USA | 02-12-2019 |
| DIRECTOR | HAMILTON N SHEPLEY | 21 FOREST ST WEST HYANNISPORT, MA 02672 USA | 02-09-2021 |
| DIRECTOR | GARY DELLAPOSTA | P.O. BOX 925 FALMOUTH, MA 02541 USA | 02-09-2021 |
| DIRECTOR | ROBERT A TALERMAN | 34 WILD GOOSE WAY CENTERVILLE, MA 02632 USA | 02-09-2021 |
| DIRECTOR | CHARLES H RITCH | 10 OAK HILL PARK EAST SANDWICH, MA 02537 USA | 02-09-2021 |
| DIRECTOR | ROSEMARY MCANDREW | 139 CLEMENT AVE WEST ROXBURY, MA 02132 USA | 02-12-2019 |
| DIRECTOR | PAUL R SILVA | 39 BAYBERRY AVE. PROVINCETOWN, MA 02657 USA | 02-11-2020 |
| DIRECTOR | GERARD P WILLIAMS | 762 PUTNAM AVE. COTUIT, MA 02635 USA | 02-11-2020 |
| DIRECTOR | SHAWN ALMEIDA | 26 PADDOCK CIRCLE EAST FALMOUTH, MA 02556 USA | 02-11-2020 |
| DIRECTOR | CHRISTINE M MURPHY | 17 DAUPHINE ST. YARMOUTH PORT, MA 02675 USA | 02-08-2022 |
| DIRECTOR | WILLIAM SALTONSTALL | 380 WAREHAM RD MARION, MA 02738 USA | 02-08-2022 |
| DIRECTOR | JANE M REMY | 175 AP NEWCOMB RD. BREWSTER, MA 02631 USA | 02-08-2022 |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

[View filings]

**Comments or notes associated with this business entity:**

[ New search ]

# **EXHIBIT E**

# Corporations Division

## Business Entity Summary

**ID Number: 000014245**

Request certificate    New search

**Summary for:  CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY | |
| **Entity type:**  Insurance | |
| **Identification Number:** 000014245 | |
| **Date of Organization in Massachusetts:**  03-14-1833 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 00/00 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:    P.O. BOX 9009 95 OLD RIVER RD.

City or town, State, Zip code, Country:        ANDOVER,   MA   01810   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

MA Corporations Search Filing Summary

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **EXHIBIT F**

# Corporations Division

## Business Entity Summary

**ID Number: 041255040**

| Request certificate | | New search |
|---|---|---|

**Summary for:  DORCHESTER MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  DORCHESTER MUTUAL INSURANCE COMPANY | |
| **The name was changed from:** DORCHESTER MUTUAL FIRE INSURAN **on** 10-21-1988 | |
| **Merged with** WEST NEWBURY MUTUAL FIRE INSURANCE COMPANY **on** 12-31-2003 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041255040 | |
| **Date of Organization in Massachusetts:**  03-16-1855 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   P. O. BOX 9109 222 AMES ST.

City or town, State, Zip code, Country:      DEDHAM,   MA   02026   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | F TIMOTHY HEGARTY JR | 55 BLACKSMITH DRIVE NEEDHAM, MA 02492 USA<br>55 BLACKSMITH DRIVE NEEDHAM, MA 02492 USA | |
| TREASURER | RONALD A DELORENZO | 9 BIRCH STREET DUXBURY, MA 02332 USA<br>9 BIRCH STREET DUXBURY, MA 02332 USA | |
| CLERK | DANIEL P. GILLIS | 52 CHUTE ROAD DEDHAM, MA 02026 USA | |

| | | 52 CHUTE ROAD DEDHAM, MA 02026 USA | |
|---|---|---|---|
| DIRECTOR | F TIMOTHY HEGARTY JR | 55 BLACKSMITH DRIVE NEEDHAM, MA 02492 USA<br>55 BLACKSMITH DRIVE NEEDHAM, MA 02492 USA | |
| DIRECTOR | LEON M CANGIANO JR | 433 WALNUT STREET BROOKLINE, MA 02445 USA<br>433 WALNUT STREET BROOKLINE, MA 02445 USA | |
| DIRECTOR | PAUL M CLOONAN | 85 BENVENUE AVENUE WELLESLEY, MA 02481 USA<br>85 BENVENUE AVENUE WELLESLEY, MA 02481 USA | |

☐ **Consent**     ☐ **Confidential Data**     ☐ **Merger Allowed**     ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **EXHIBIT G**

# Corporations Division

## Business Entity Summary

**ID Number: 041328790**

[Request certificate]    [New search]

**Summary for:  FITCHBURG MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  FITCHBURG MUTUAL INSURANCE COMPANY | |
| **The name was changed from:** FITCHBURG MUTUAL FIRE INSURANC **on** 07-01-1986 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041328790 | |
| **Date of Organization in Massachusetts:**  03-23-1847 | |

| | |
|---|---|
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   222 AMES STREET

City or town, State, Zip code, Country:      DEDHAM,  MA  01420   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**     ☐ **Confidential Data**     ☐ **Merger Allowed**     ☑ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

---

### Comments or notes associated with this business entity:

---

**New search**

# EXHIBIT H

# Corporations Division

## Business Entity Summary

**ID Number: 041543470**

<span style="float:right">Request certificate   New search</span>

**Summary for:  LIBERTY MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| The exact name of the Insurance:  LIBERTY MUTUAL INSURANCE COMPANY | |
| The name was changed from: MASSACHUSETTS EMPLOYEES INSURANCE ASSOCIATION **on** 08-15-1917 | |
| Entity type:  Insurance | |
| Identification Number: 041543470 | **Old ID Number:** |
| Date of Organization in Massachusetts:  01-01-1912 | |
| | **Last date certain:** |
| Current Fiscal Month/Day: 12/31 | **Previous Fiscal Month/Day:** 01/01 |

**The location of the Principal Office:**

Address:   175 BERKELEY ST.

City or town, State, Zip code, Country:      BOSTON,  MA  02116   USA

**The name and address of the Resident Agent:**

Name:    CORPORATION SERVICE COMPANY

Address:   84 STATE ST.

City or town, State, Zip code, Country:      BOSTON,  MA  02109   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | EDMUND F. KELLY | 315 WELLESLEY ST WESTON, MA 02493 USA | NA |
| TREASURER | ELLIOT J. WILLIAMS | 91 BROOKS STREET MEDFORD, MA 02155 USA | NA |
| SECRETARY | DEXTER R. LEGG | 846 MIDDLE STREET PORTSMOUTH, NH 03801 USA | |
| DIRECTOR | A. ALEXANDER FONTANES | 18 CLARK STREET HINGHAM, MA 02018 USA | NA |
| DIRECTOR | J. PAUL CONDRIN III | 8 PETTEE'S POND LANE WALPOLE , MA 02081 USA | NA |

| DIRECTOR | JOHN B. CONNERS | 23 FLETCHER STREET FOXBORO, MA 02035 USA | NA |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# EXHIBIT I

# Corporations Division

## Business Entity Summary

**ID Number: 000046202**

[ Request certificate ]    [ New search ]

**Summary for:  MERRIMACK MUTUAL FIRE INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  MERRIMACK MUTUAL FIRE INSURANCE COMPANY | |
| **Entity type:**  Insurance | |
| **Identification Number:** 000046202 | |
| **Date of Organization in Massachusetts:**  02-11-1828 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   95 OLD RIVER RD.

City or town, State, Zip code, Country:      ANDOVER,   MA   01810   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **EXHIBIT J**

# Corporations Division

## Business Entity Summary

**ID Number: 041675920**                    [Request certificate]    [New search]

**Summary for:  NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  NORFOLK & DEDHAM MUTUAL FIRE INSURANCE COMPANY | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041675920 | |
| **Date of Organization in Massachusetts:**  04-15-1937 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:    222 AMES ST

City or town, State, Zip code, Country:        DEDHAM,   MA   02026   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☑ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

---

**Comments or notes associated with this business entity:**

**New search**

# EXHIBIT K

# Corporations Division

## Business Entity Summary

**ID Number: 041752900**

<div style="float:right">[Request certificate]   [New search]</div>

**Summary for:  QUINCY MUTUAL FIRE INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  QUINCY MUTUAL FIRE INSURANCE COMPANY | |
| **Entity type:**  Insurance | |
| **Identification Number:** 041752900 | |
| **Date of Organization in Massachusetts:**  03-22-1851 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   57 WASHINGTON ST

City or town, State, Zip code, Country:     QUINCY,  MA  02169  USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☑ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **EXHIBIT L**

# Corporations Division

## Business Entity Summary

**ID Number: 042200004**

[Request certificate] [New search]

**Summary for: BAY STATE INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:** BAY STATE INSURANCE COMPANY | |
| **Entity type:** Insurance | |
| **Identification Number:** 042200004 | **Old ID Number:** |
| **Date of Organization in Massachusetts:** 05-31-1955 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 01/01 | **Previous Fiscal Month/Day:** 01/01 |

**The location of the Principal Office:**

Address:    P.O. BOX 9009 95 OLD RIVER RD.

City or town, State, Zip code, Country:      ANDOVER,   MA   01810   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# **EXHIBIT M**

# Corporations Division

## Business Entity Summary

**ID Number: 000045703**

Request certificate | New search

**Summary for:  MASSACHUSETTS BAY INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:**  MASSACHUSETTS BAY INSURANCE COMPANY | |
| **Entity type:**  Insurance | |
| **Identification Number:** 000045703 | |
| **Date of Organization in Massachusetts:**  06-29-1956 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   440 LINCOLN STREET

City or town, State, Zip code, Country:     WORCESTER,  MA  01605   USA

**The name and address of the Resident Agent:**

Name:    CHARLES F. CRONIN

Address:   440 LINCOLN ST.

City or town, State, Zip code, Country:     WORCESTER,  MA  01653   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| DIRECTOR | FREDERICK H. EPPINGER | 44 SOUTH STREET GRAFTON, MA 01519 USA | NONE |
| CLERK | MICHAEL H. LEE | 276 PULPIT ROAD BEDFORD, NH 03110 USA | NONE |
| DIRECTOR | J. KENDALL HUBER | 170 GREYSTONE LANE SUBDURY, MA 01776 USA | NONE |
| DIRECTOR | GREGORY D. TRANTER | 68-4 SO. QUINSIGAMOND AVENUE SHREWSBURY, MA 01545 USA | NONE |
| SECRETARY | CHARLES F. CRONIN | 95 SLOUGH ROAD HARVARD, MA 01451 USA | NONE |
| DIRECTOR | BRYAN D. ALLEN | 115 PILGRIM ROAD WELLESLEY, MA 02481 USA | NONE |

| DIRECTOR | STEVEN J. BENSINGER | 1049 FIFTH AVENUE APT. 11A NEW YORK, NY 10028 USA | NONE |
| DIRECTOR | JOHN C. ROCHE | 3 BOWKER ROAD HOPKINTON, MA 01748 USA | NONE |
| DIRECTOR | MARITA ZURAITIS | 12 TOWN FARM ROAD SUTTON, MA 01590 USA | NONE |
| PRESIDENT | MARITA ZURAITIS | 12 TOWN FARM ROAD SUTTON, MA 01590 USA | NONE |
| TREASURER | ANN K. TRIPP | 67 MUSCHOPAUGE ROAD RUTLAND, MA 01543 USA | NONE |

☐ **Consent**    ☐ **Confidential Data**    ☐ **Merger Allowed**    ☑ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**

# EXHIBIT N

# Corporations Division

## Business Entity Summary

**ID Number: 042422119**

[Request certificate]    [New search]

**Summary for: ELECTRIC INSURANCE COMPANY**

| | |
|---|---|
| **The exact name of the Insurance:** ELECTRIC INSURANCE COMPANY | |

**Entity type:** Insurance

**Identification Number:** 042422119

**Date of Organization in Massachusetts:** 04-21-1966

| | **Last date certain:** |
|---|---|

**Current Fiscal Month/Day:** 12/31     **Previous Fiscal Month/Day:** 00/00

**The location of the Principal Office:**

Address: 75 SAM FONZO DR.

City or town, State, Zip code, Country: BEVERLY, MA 01915 USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | DOUGLAS R SEYMOUR | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| TREASURER | CINDY DING | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| SECRETARY | LISA R PIERCE | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a |

| | | | successor has been named |
|---|---|---|---|
| CEO | DOUGLAS R SEYMOUR | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| CFO | THOMAS A BOTTICHIO | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | DENISE E KELLY | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | MICHAEL J MUCHER | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | DAVID M GREENBAUM | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | DEAN L MURRAY | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | KIMBERLY C KOURY | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | GERARD P MCCARTHY | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| VICE PRESIDENT | NICHOLAS L SCHULSON | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| DIRECTOR | DOUGLAS R SEYMOUR | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a |

| | | | successor has been named |
|---|---|---|---|
| DIRECTOR | NICHOLAS L SCHULSON | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| DIRECTOR | JOHN T FARADY | 26 CHATTANOOGA RD IPSWICH, MA 01938 USA | Until such time as a successor has been named |
| DIRECTOR | DAVID M GREENBAUM | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| DIRECTOR | GERARD P MCCARTHY | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| DIRECTOR | THOMAS A BOTTICHIO | 75 SAM FONZO DRIVE BEVERLY, MA 01915 USA | Until such time as a successor has been named |
| DIRECTOR | W MARK WIGMORE | 12 THE GLADE SIMSBURG, CT 06070 USA | Until such time as a successor has been named |

☐ **Consent**     ☐ **Confidential Data**     ☐ **Merger Allowed**     ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

**View filings**

**Comments or notes associated with this business entity:**

[ New search ]

# EXHIBIT O

# Corporations Division

## Business Entity Summary

**ID Number: 042689624**

Request certificate New search

**Summary for: SAFETY INSURANCE COMPANY**

**The exact name of the Insurance:** SAFETY INSURANCE COMPANY

**Entity type:** Insurance

**Identification Number:** 042689624 **Old ID Number:**

**Date of Organization in Massachusetts:** 12-11-1979

**Last date certain:**

**Current Fiscal Month/Day:** 12/31 **Previous Fiscal Month/Day:** 01/00

**The location of the Principal Office:**

Address: 20 CUSTOM HOUSE ST.

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The name and address of the Resident Agent:**

Name: C T CORPORATION SYSTEM

Address: 155 FEDERAL ST., SUITE 700

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | GEORGE M. MURPHY | 47 HUCKLEBERRY LANE NORTH ANDOVER, MA 01845 USA | Until his successor is duly chosen and qualified |
| TREASURER | WILLIAM J. BEGLEY JR. | 109 USS BUCKLEY PLACE, UNIT 2505 HINGHAM, MA 02043 USA | Until his successor is duly chosen and qualified |
| SECRETARY | JAMES D. BERRY | 162 MILL POND WAY PORTSMOUTH, NH 03801 USA | Until his successor is |

| | | | duly chosen and qualified |
|---|---|---|---|
| DIRECTOR | GEORGE M. MURPHY | 47 HUCKLEBERRY LANE NORTH ANDOVER, MA 01845 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | JAMES D. BERRY | 162 MILL POND WAY PORTSMOUTH, NH 03801 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | DAVID E. KRUPA | 98 ESPLANADE MIDDLETOWN, RI 02842 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | PAUL J. NARCISO | 25 CAROL CIRCLE E. BRIDGEWATER, MA 02333 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | STEPHEN A. VARGA | 42 MUIRFIELD DR. STRATHAM, NH 03885 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | ANN M. MCKEOWN | 7 STANDISH TERRACE PEMBROKE, MA 02359 USA | Until her successor is duly chosen and qualified |
| DIRECTOR | WILLIAM J. BEGLEY JR. | 109 USS BUCKLEY PLACE, UNIT 2505 HINGHAM, MA 02043 USA | Until his successor is duly chosen and qualified |
| DIRECTOR | JOHN P. DRAGO | 70 CONIFER HILL PLYMOUTH, MA 02360 USA | Until his successor is duly chosen and qualified |

☐ **Consent**      ☐ **Confidential Data**      ☐ **Merger Allowed**      ☐ **Manufacturing**

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

Corporations Search - Entity Summary

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

**View filings**

---

**Comments or notes associated with this business entity:**

---

**New search**

# **<u>EXHIBIT P</u>**

# Corporations Division

## Business Entity Summary

### ID Number: 042800590

[ Request certificate ]     [ New search ]

**Summary for:  PLYMOUTH ROCK ASSURANCE CORPORATION**

| | |
|---|---|
| **The exact name of the Insurance:**  PLYMOUTH ROCK ASSURANCE CORPORATION | |
| **Entity type:**  Insurance | |
| **Identification Number:** 042800590 | **Old ID Number:** 000108408 |
| **Date of Organization in Massachusetts:**  04-25-1983 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address:   P. O. BOX 1620 695 ATLANTIC AVE.

City or town, State, Zip code, Country:      BOSTON,  MA  02111  USA

**The name and address of the Resident Agent:**

Name:     AARON M. WHEATON

Address:   695 ATLANTIC AVE.

City or town, State, Zip code, Country:      BOSTON,  MA  02111  USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| PRESIDENT | MARY J. BOYD | 695 ATLANTIC AVE. BOSTON, MA 02111 USA | |
| TREASURER | WILLIAM D. HARTRANFT | 695 ATLANTIC AVE. BOSTON, MA 02111 USA | |
| SECRETARY | KRISTIN V. COLLINS | 695 ATLANTIC AVENUE BOSTON, MA 02111 USA | Until their successors are elected and qualified |
| DIRECTOR | HAL BELODOFF | 695 ATLANTIC AVENUE BOSTON, MA 02111 USA | Until their successors are elected and qualified |

| DIRECTOR | MARY J. BOYD | 695 ATLANTIC AVE. BOSTON, MA 02111 USA | |
| DIRECTOR | WILLIAM D. HARTRANFT | 695 ATLANTIC AVE. BOSTON, MA 02111 USA | |
| DIRECTOR | COLLEEN M. GRANAHAN | 695 ATLANTIC AVENUE BOSTON, MA 02111 USA | Until their successors are elected and qualified |
| DIRECTOR | PAUL D. LUONGO | 695 ATLANTIC AVENUE BOSTON, MA 02111 USA | Until their successors are elected and qualified |
| DIRECTOR | JOHN C. HILL | 630 FIFTH AVE., STE. 820 NEW YORK, NY 10111 USA | |
| DIRECTOR | SANDRA A. URIE | 125 HIGH ST, BOSTON, MA 02110 USA | |

☐ **Consent**     ☐ **Confidential Data**     ☐ **Merger Allowed**     ☐ **Manufacturing**

**View filings for this business entity:**

```
ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
```

**View filings**

**Comments or notes associated with this business entity:**

**New search**