# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>1:20-10383-WGY</u>

MA Property Insurance
Underwriting Association
**Plaintiff**

v.

Electrolux Home Products, Inc.
**Defendant**

## ORDER OF REMAND

YOUNG, D.J.

    In accordance with the Court's ELECTRONIC ORDER entered on September 16, 2021, the above-entitled action is hereby REMANDED to Suffolk County Superior Court.

By the Court,

<u>/s/ Jennifer Gaudet</u>
Deputy Clerk

September 16, 2021